## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

                Plaintiff,

    v.                           Civil Action No. 3:15-cv-04110-WHA

JOHN DOE, subscriber assigned IP address
174.62.78.179,

                Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 174.62.78.179. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 17, 2015

.

                                Respectfully submitted,

                                By:    /s/ *Brenna E. Erlbaum*
                                Brenna E. Erlbaum
                                Heit Erlbaum, LLP
                                501-I South Reino Road, #344
                                Newbury Park, CA 91320
                                Phone: 805-231-9798

Email:  brenna.erlbaum@helaw.attorney
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum